# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.      Cloninger Jr., William Ray          Docket No.      2:16CR00131-WFN-1

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant William Ray Cloninger Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 29th day of July 2016, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #19:** There shall be no alcohol in the home where Defendant resides.

**Special Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant admitted to ingesting methamphetamine on August 22, 2016.

**Violation #2:** Two bottles of alcohol were observed in the defendant's home on August 25, 2016.

**Violation #3:** The defendant failed to report as instructed for random drug testing on August 16, 22, and 30, 2016.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |  |
|---|---|---|
|  |  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  |  | Executed on:     September 1, 2016 |
|  | by | s/Erik Carlson |
|  |  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[  ]   No Action
[ X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[ X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

_09/01/2016_____
Date