PROB 12C
(6/16)

Report Date: August 1, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Ray Cloninger          Case Number: 0980 2:16CR00131-WFN-1

Address of Offender:                             Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 17, 2017

Original Offense:       Count 1: Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. § 471
                        Counts 2-5: Passing Counterfeit Federal Reserve Notes, 18 U.S.C. § 472

Original Sentence:      Prison - 30 months          Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Matthew F. Duggan           Date Supervision Commenced: January 7, 2019

Defense Attorney:       Federal Defenders Office    Date Supervision Expires: January 6, 2022

## PETITIONING THE COURT

**To issue a summons**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: William Cloninger violated special condition number 4 by failing to complete a substance abuse evaluation as directed. |
| | Mr. Cloninger was directed by the undersigned officer on May 28, 2019, to complete a chemical dependency evaluation. Mr. Cloninger did not feel that Pioneer Human Services was the best location for him to attend chemical dependency treatment. He scheduled an assessment at New Horizon Care Center for July 19, 2019. Mr. Cloninger reported for his assessment, but did not complete it as he stated he had to leave for work. As of the date of this report, the offender has not completed a chemical dependency assessment as directed. |

Prob12C
Re: Cloninger, William Ray
August 1, 2019
Page 2

On January 11, 2019, William Cloninger signed his judgment for case number 2:16CR00131-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Cloninger was made aware by his U.S. probation officer that he must complete a chemical dependency assessment and, if indicated by the provider, enter into and successfully complete an approved substance abuse treatment program.

2   **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: William Cloninger violated special condition number 6 by consuming a controlled substance, methamphetamine, on June 27, July 11 and 24, 2019.

Mr. Cloninger reported as directed to the U.S. Probation office on June 27, 2019, to provide a urine test. He submitted a urine sample that tested positive for methamphetamine, a controlled substance. At that time, Mr. Cloninger denied use and the sample was sent to Alere laboratories for confirmation. On July 2, 2019, the sample was returned as positive for methamphetamine and amphetamine.

Mr. Cloninger reported as directed to the U.S. Probation office on July 11, 2019, to provide a urine test. Mr. Cloninger submitted a urine sample that tested positive for methamphetamine, a controlled substance. At that time, Mr. Cloninger admitted to consuming the controlled substance and signed a drug use admission form.

Mr. Cloninger reported as directed to the vendor site on July 24, 2019, to provide a urine test. He submitted a urine sample that tested positive for methamphetamine, a controlled substance. At that time, Mr. Cloninger denied use and the sample was sent to Alere laboratories for confirmation. On July 29, 2019, the sample was returned as postive for methamphetamine and amphetamine.

On January 11, 2019, William Cloninger signed his judgment for case number 2:16CR00131-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Cloninger was made aware by his U.S. probation officer that he must not consume controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/01/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

Prob12C
**Re: Cloninger, William Ray**
**August 1, 2019**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

  8/1/2019
_____
Date