Report Date: September 6, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Ray Cloninger　　　　　Case Number: 0980 2:16CR00131-WFN-1

Address of Offender:　　　　　　　　　　　　　　Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 17, 2017

Original Offense:　　Count 1: Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. § 471
　　　　　　　　　　Counts 2-5: Passing Counterfeit Federal Reserve Notes, 18 U.S.C. § 472

Original Sentence:　　Prison - 30 months　　　　　Type of Supervision: Supervised Release
　　　　　　　　　　TSR - 36 months

Asst. U.S. Attorney:　Matthew F. Duggan　　　　　Date Supervision Commenced: January 7, 2019

Defense Attorney:　　Federal Defenders Office　　　Date Supervision Expires: January 6, 2022

### PETITIONING THE COURT

**To issue a SUMMONS and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the court on 08/01/2019.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: William Cloninger violated special condition number 6 by consuming a controlled substance, methamphetamine, on or about August 12 and September 2, 2019, and he failed to report for urine testing as directed on August 1, 6, 30, and September 4, 2019. |
| | Mr. Cloninger reported as directed to the U.S. Probation Office on August 12, 2019, to provide a urine test. He submitted a urine sample that tested positive for methamphetamine, a controlled substance. At that time, Mr. Cloninger denied use and the sample was sent to Alere laboratories for confirmation. On August 21, 2019, the sample was returned as positive for methamphetamine and amphetamine. |

Mr. Cloninger reported as directed to the U.S. Probation Office on September 5, 2019, to provide a urine test. Mr. Cloninger submitted a urine sample that tested positive for methamphetamine, a controlled substance. Mr. Cloninger admitted to the use of methamphetamine and signed a drug use admission form.

Mr. Cloninger failed to submit to urine testing as directed. Mr. Cloninger's random color of "Brown 1" was called at the vendor site on August 1, 6, 30, and September 4, 2019. Mr. Cloninger failed to report to the vendor site to provide a urine sample as directed on August 1, 6, 30, and September 4, 2019.

On January 11, 2019, William Cloninger signed his judgment for case number 2:16CR00131-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Cloninger was made aware by his U.S. probation officer that he must not consume controlled substances and must report as directed for urine testing.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/06/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

9/9/2019
Date