PROB 12C
(6/16)

Report Date: October 11, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Ray Cloninger, Jr.         Case Number: 0980 2:16CR00131-WFN-1

Address of Offender:                                 Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 17, 2017

Original Offense:        Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. § 471

Original Sentence:       Prison - 30 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     James Goeke                  Date Supervision Commenced: January 7, 2019

Defense Attorney:        Roger Peven                  Date Supervision Expires: January 6, 2022

## PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 08/01/2019 and 09/06/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: On October 4 and 8, 2019, the undersigned officer left phone messages directing Mr. Cloninger to contact his probation officer. To date, Mr. Cloninger has failed to return said phone calls. On October 10, 2019, the undersigned officer personally went to Mr. Cloninger's residence and left written instructions for Mr. Cloninger to report to the U.S. Probation Office in Spokane at 8 a.m.. To date, Mr. Cloninger has failed to report to the U.S. Probation Office as directed.<br><br>On January 11, 2019, William Cloninger signed his judgment for case number 2:16CR00131-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Cloninger was made aware by his U.S. probation officer that he must report to the probation officer as instructed. |

Prob12C
**Re: Cloninger, William Ray Jr.**
**October 11, 2019**
Page 2

|   |   |   |
|---|---|---|
| 5 | | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On October 10, 2019, the undersigned officer contacted Mr. Cloninger's substance abuse counselor at New Horizon Care Center. He reported that Mr. Cloninger had attended 5 out of 13 of his recommended treatment sessions for the month of September 2019. He further advised that Mr. Cloninger had not attended any of his treatment sessions for the month of October 2019. The counselor reported he last received a call from Mr. Cloninger indicating he could not attend his scheduled group because he was too "high."

On January 11, 2019, William Cloninger signed his judgment for case number 2:16CR00131-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Cloninger was made aware by his U.S. probation officer that he must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program.

6    **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: William Cloninger failed to report as directed for urinalysis (UA) drug testing at Pioneer Human Services on October 3, 7, and 8, 2019.

On January 11, 2019, William Cloninger signed his judgment for case number 2:16CR00131-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Cloninger was made aware by his U.S. probation officer that he must submit to urinalysis and sweat patch testing, as directed by the supervising officer.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 11, 2019

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
**Re: Cloninger, William Ray Jr.**
**October 11, 2019**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_____October 11, 2019_____
Date