Report Date: November 20, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Ray Cloninger              Case Number: 0980 2:16CR00131-WFN-1

Address of Offender:                    Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 17, 2017

Original Offense:       Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. § 471

Original Sentence:      Prison - 30 months;           Type of Supervision: Probation
                        TSR - 36 months

Asst. U.S. Attorney:    James Goeke                    Date Supervision Commenced: 1/7/2019

Defense Attorney:       Roger Peven                    Date Supervision Expires: 1/6/2022

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/01/2019, 09/06/2019 and 10/11/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On October 16, 2019, when Mr. Cloninger was arrested by deputies with the U.S. Marshals Service, he was found to be in possession of counterfeit U.S. currency.<br><br>On January 11, 2019, William Cloninger signed his judgment for case number 2:16CR00131-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Cloninger was made aware by his U.S. probation officer that he must not commit another federal, state or local crime. |
| 8 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: On October 16, 2019, William Cloninger was arrested by deputies with the U.S. Marshals Service. When arrested, he was found to be in possession of a white crystal like substance. The undersigned officer was also present at the time of Mr. |

Cloninger's arrest, and seized the white crystal substance, which later field tested positive for methamphetamine. Additionally, in plane view in Mr. Cloninger's residence were multiple different types of drug paraphernalia to include hypodermic needles and smoking devices.

On January 11, 2019, William Cloninger signed his judgment for case number 2:16CR00131-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Cloninger was made aware by his U.S. probation officer that he must not unlawfully possess a controlled substance.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/20/2019

s/ Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/20/2019
Date